United States Bankruptcy Court for the:

**District of Colorado**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | The Dough Bar, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | d/b/a The Doughnut Club |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-3842216 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 501 Riverside Ave | |
| Number     Street | Number     Street |
| | P.O. Box |
| Fort Collins          CO     80524 | |
| City                    State   ZIP Code | City                    State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Larimer County | |
| County | Number     Street |
| | City                    State   ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://www.doughbardoughnuts.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor   **The Dough Bar, LLC**
Name

Case number *(if known)*

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
311812

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

> ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
>
> ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
>
> ☐ A plan is being filed with this petition.
>
> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
>
> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
>
> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                                  MM / DD / YYYY

             District _____   When _____   Case number _____
                                                  MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

             District _____   When _____
                                               MM  /  DD  / YYYY

             Case number, if known _____

---

| Debtor | The Dough Bar, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   The Dough Bar, LLC
_____
Name

Case number *(if known)*_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/29/2019
_____
MM  / DD / YYYY

✖ /s/ Marquez Fernandez
_____
Signature of authorized representative of debtor

Marquez Fernandez
_____
Printed name

Title   CEO & Co-founder
_____

**18. Signature of attorney**

✖ /s/ Owen Hathaway
_____
Signature of attorney for debtor

Date   10/29/2019
_____
MM  / DD / YYYY

Owen Hathaway
_____
Printed name

The Law Offices of Owen Hathaway, LLC
_____
Firm name

2601 S. Lemay Ave 7-232
_____
Number       Street

Fort Collins
_____
City

CO
_____
State

80525
_____
ZIP Code

970-818-3052
_____
Contact phone

owen@ohlawcolorado.com
_____
Email address

44068
_____
Bar number

CO
_____
State

---

**Fill in this information to identify the case:**

Debtor name _____ The Dough Bar, LLC _____

United States Bankruptcy Court for the: _____ District of Colorado _____

                                               (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ............................................................   $    240,000.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* .........................................................   $    359,216.27

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ...........................................................   $    599,216.27

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................   $    172,337.17

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...............................................................   $    13,793.81

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................................   **+**$    587,984.50

4. **Total liabilities** ........................................................................................................................................   $    774,115.48
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___The Dough Bar, LLC___

United States Bankruptcy Court for the: ___District of Colorado___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CAN Capital 2015 Vaughn Rd Suite 500 Kennesaw, GA, 30144 | Nena Archibong 1-888-358-9712 Ext 3534 | Monies Loaned / Advanced | | | | 96,520.60 |
| 2 | Central Valley Community Bank 7100 N. Financial Drive Suite 100 Fresno, CA, 93720 | Vicki Cass | Monies Loaned / Advanced | | | | 94,605.66 |
| 3 | Kabbage 925B Peachtree Street NE Suite 1688 Atlanta, GA, 30309 | 888-986-8263 | Monies Loaned / Advanced | | | | 72,310.32 |
| 4 | Gary Goranson 1970 B Street Apt A Lincoln, NE, 68502 | | Monies Loaned / Advanced | | | | 65,000.00 |
| 5 | Wells Fargo LOC P.O. Box 10438 Des Moines, IA, 50306 | | Monies Loaned / Advanced | | | | 52,876.00 |
| 6 | Loanbuilder Swift Financial, LLC 3505 Silverside Rd. Wilmington, DE, 19810 | | Monies Loaned / Advanced | | | | 47,913.40 |
| 7 | US Bank National Association Bankruptcy Department P.O. Box 108 Saint Louis, MO, 63166 | | Credit Card Debt | | | | 23,934.57 |
| 8 | US Bank Attention Bankruptcy Dept 4801 Frederica St Owensboro, KY, 42301 | 844-223-5843 | Monies Loaned / Advanced | | | | 18,607.00 |

Debtor   The Dough Bar, LLC
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Honeyville Inc. 11600 Dayton Drive Rancho Rancho Cucamonga, CA, 91730 | 888-810-3212 | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 11,352.00 |
| 10 | Wells Fargo P.O. Box 10438 Des Moines, IA, 50306 | 800-847-8899 | Credit Card Debt | | | | 5,759.92 |
| 11 | Amtrust North America Attention Bankruptcy Dept 800 Superior Avenue Cleveland, OH, 44114 | 877-528-7878 bankruptcy@amtrustgroup.com | Monies Loaned / Advanced | | | | 4,791.52 |
| 12 | Posh Bakery 445 Nelo St Santa Clara, CA, 95054 | | Suppliers or Vendors | | | | 4,500.00 |
| 13 | K1 Packaging 17989 E. Arenth Ave Rowland Heights, CA, 91748 | | Suppliers or Vendors | | | | 4,259.93 |
| 14 | Foresight Food Research 7644 Jenni St. NE Olympia, WA, 98506 | | Services | Contingent | | | 3,511.00 |
| 15 | Lawrence Foods, Inc. 2200 Lunt Avenue Elk Grove Village, IL, 60007 | | Suppliers or Vendors | | | | 3,331.20 |
| 16 | World Wide Express 1939 Harrison St Suite 170 Oakland, CA, 94612 | | Suppliers or Vendors | | | | 2,891.70 |
| 17 | Betterbuds Inc. 2330 Chicory Road Racine, WI, 53403 | Nancy Robash 800-350-9288 | Suppliers or Vendors | | | | 2,133.03 |
| 18 | Glanbia Business Services 4255 Meridian Parkway Suite 151 Aurora, IL, 60504 | Ann Dujua 2 331-642-6066 adujua@glanbia.com | Suppliers or Vendors | | | | 1,563.28 |
| 19 | Bell 500 Academy Drive Northbrook, IL, 60062 | Janice Korman 847-412-4696 accountsreceivable@bellff.com | Suppliers or Vendors | | | | 1,388.43 |
| 20 | Gramercy Bakery, LLC. 20405 B Gramercy Place Torrance, CA, 90501 | | Suppliers or Vendors | | | | 1,000.00 |

**Fill in this information to identify the case:**

Debtor name: The Dough Bar, LLC

United States Bankruptcy Court for the: District of Colorado

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**       $ 500.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Savings | 5  8  9  1 | $ 0.00 |
| 3.2. | See continuation sheet | | | $ 39,350.17 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____       $ _____
   4.2. _____       $ _____

5. **Total of Part 1**       $ 39,850.17

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Rental Deposit       $ 50,000.00
   7.2. _____       $ _____

Debtor    The Dough Bar, LLC
_____    Case number (if known)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Shopify _____    $ Unknown_____

   8.2. _____    $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 50,000.00

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........➜    $ _____
                                 face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ........➜    $ _____
                                 face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                         % of ownership:

    15.1._____    _____%    _____    $ _____

    15.2._____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $ _____

    16.2._____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ _____

Debtor     The Dough Bar, LLC
           _____       Case number (if known)_____
           Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Ingredients | 09/25/2019 <br> MM / DD / YYYY | $ 3,400.00 | replacement cost | $ 3,400.00 |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5** $ 3,400.00

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor   The Dough Bar, LLC _____   Case number (*if known*)_____
         Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

$\qquad$ $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment - see Attachment to Schedule A/B | $ 10,100.00 | fair market | $ 10,100.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

$ 10,100.00 _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor    The Dough Bar, LLC
          _____          Case number (if known)_____
          Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2017 Dodge Grand Caravan SXT, 45,000 miles | $ 15,500.00 | NADA | $ 13,975.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 105,700.00 | | $ 105,700.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 119,675.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

Debtor ____The Dough Bar, LLC_____     Case number (if known)_____
Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
  ☐ No. Go to Part 10.
  ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Credit toward  purchase of 50% interest in 501 Riverside Ave, Fort Collins, CO 80524 | credit toward purchase | $ 260,420.97 | stated value | $ 240,000.00 |
| 55.2  Option to buy unit in 501 Riverside Ave, Fort Collins, CO 80524 | Call option | $ 0.00 | | $ Unknown |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

  $ 240,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☑ No
  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
  ☐ No. Go to Part 11.
  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Proprietary doughnut mix formula, recipes | $_____ | _____ | Unknown |
| 61. **Internet domain names and websites**<br>doughbardoughnuts.com, doughnutclub.com | $ 0.00 | | 2,000.00 |
| 62. **Licenses, franchises, and royalties**<br>Commercial Kitchen license | $_____ | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations**<br>80,000 customer emails | $ 89,191.10 | fair market 10% of 2018 gross | 89,191.10 |
| 64. **Other intangibles, or intellectual property**<br>Option to buy doughnut mix formula | $ 5,000.00 | Contract price | 5,000.00 |
| 65. **Goodwill**<br>Social Media Accounts - Facebook and Instagram | $_____ | | Unknown |

66. **Total of Part 10.**
  Add lines 60 through 65. Copy the total to line 89.

  $ 96,191.10

Debtor     The Dough Bar, LLC
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☐ No
   - ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾     ‾‾‾‾‾‾‾‾‾‾‾‾ – ‾‾‾‾‾‾‾‾‾‾‾‾ = ➜   $ ‾‾‾‾‾‾‾‾‾‾‾‾‾
                                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾   Tax year ‾‾‾‾‾‾‾‾   $ ‾‾‾‾‾‾‾‾‾‾‾‾‾
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾   Tax year ‾‾‾‾‾‾‾‾   $ ‾‾‾‾‾‾‾‾‾‾‾‾‾
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾   Tax year ‾‾‾‾‾‾‾‾   $ ‾‾‾‾‾‾‾‾‾‾‾‾‾

73. **Interests in insurance policies or annuities**

   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                         $ ‾‾‾‾‾‾‾‾‾‾‾‾‾

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                         $ ‾‾‾‾‾‾‾‾‾‾‾‾‾

   **Nature of claim**     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   **Amount requested**    $ ‾‾‾‾‾‾‾‾‾‾‾‾‾

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   Claim against Honeyville for defective product                $ 40,000.00

   **Nature of claim**     breach of warranty
   **Amount requested**    $ 40,000.00

76. **Trusts, equitable or future interests in property**

   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                         $ ‾‾‾‾‾‾‾‾‾‾‾‾‾

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                             $ ‾‾‾‾‾‾‾‾‾‾‾‾‾
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                             $ ‾‾‾‾‾‾‾‾‾‾‾‾‾

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                | $ 40,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

Debtor    The Dough Bar, LLC
          _____        Case number (if known)_____
          Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 39,850.17 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 50,000.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 3,400.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 10,100.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 119,675.00 | |
| 88. **Real property.** Copy line 56, Part 9. ................................................................➜ | | $ 240,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 96,191.10 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 40,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 359,216.27 | + 91b. $ 240,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... 599,216.27  $ 599,216.27

Debtor 1     The Dough Bar, LLC

First Name    Middle Name    Last Name       Case number (if known)_____

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **Wells Fargo** | **Checking** | **9003** |
| **Balance: 0.00** | | |
| **Wells Fargo** | **Checking** | **8997** |
| **Balance: 0.00** | | |
| **US Bank** | **Checking** | **4799** |
| **Balance: 39,350.17** | | |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **See Schedule A/B Part 8, Question 50 Attachment** | **18,100.00** | **fair market** | **18,100.00** |
| **See Schedule A/B Part 8, Question 50 Attachment** | **87,600.00** | **fair market** | **87,600.00** |

The Dough Bar, LLC

## Attachment to Schedule A/B

### Part 7 Line 41: Office Equipment and Supplies - unencumbered

| Equipment Description | Valuation Method | Depreciation Schedule? | Appraisal? | Net Book Value | Actual Current Value |
|---|---|---|---|---|---|
| Mac Mini Computer | fair market | No | No | $600.00 | $600.00 |
| Surface Pro Computer | fair market | No | No | $400.00 | $400.00 |
| Macbook Pro 15 inch | fair market | No | No | $1,500.00 | $1,500.00 |
| Macbook Pro 15 inch used | fair market | No | No | $500.00 | $500.00 |
| Macbook Air | fair market | No | No | $0.00 | $0.00 |
| Office Chairs | fair market | No | No | $500.00 | $500.00 |
| Retail tables/chairs | fair market | No | No | $1,000.00 | $1,000.00 |
| Retail Gold Frames | fair market | No | No | $500.00 | $500.00 |
| Printer | fair market | No | No | $500.00 | $500.00 |
| Computer Monitors x 6 | fair market | No | No | $300.00 | $300.00 |
| Extention Cords + Power Strips | fair market | No | No | $300.00 | $300.00 |
| Toast Registers | fair market | No | No | $1,000 | $1,000 |
| Misc. office equipment and Supplies | fair market | No | No | $3,000 | $3,000 |

|  | Totals | $10,100.00 | $10,100.00 |
|---|---|---|---|

### Part 8, Question 50: Assets encumbered by lien owned by US Bank: Commercial kitchen equipment

| Equipment Description | Valuation Method | Depreciation Schedule? | Appraisal? | Net Book Value | Actual Current Value | Purchase Price |
|---|---|---|---|---|---|---|
| Rotating Double Rack Oven | fair market | No | No | $7,000.00 | $7,000.00 | $12,650.00 |
| Water Meter | fair market | No | No | $1,500.00 | $1,500.00 | $2,250.00 |
| 2 x Hobart 80qt Mixer | fair market | No | No | $10,000.00 | $10,000.00 | $12,500.00 |
| Horizontal Flow Wrapper | fair market | No | No | $22,000.00 | $22,000.00 | $30,000.00 |
| Glaze Packaging Machine | fair market | No | No | $15,000.00 | $15,000.00 | $21,300.00 |
| Reversible Dough Sheeter | fair market | No | No | $10,800.00 | $10,800.00 | $10,800.00 |
| Fryer Conveyor | fair market | No | No | $1,500.00 | $1,500.00 | $1,800.00 |
| Fryer | fair market | No | No | $5,000.00 | $5,000.00 | $13,000.00 |
| Security Cameras | fair market | No | No | $400.00 | $400.00 | $500.00 |
| 65 Inch TV's (two) | fair market | No | No | $1,200.00 | $1,200.00 | $1,850.00 |
| 3 Comp Sink | fair market | No | No | $1,000.00 | $1,000.00 | $1,350.00 |
| Donut Glazer Table | fair market | No | No | $1,200.00 | $1,200.00 | $1,600.00 |
| Misc Kitchen (sheet pans, shelves, bowls, bins etc.) | fair market | No | No | $7,500.00 | $7,500.00 | $9,500.00 |
| 3 Door Freezer | fair market | No | No | $3,500.00 | $3,500.00 | $4,000.00 |

|  | Totals | $87,600.00 | $87,600.00 | $123,100.00 |
|---|---|---|---|---|

The Dough Bar, LLC

Part 8, Question 50: Assets not encumbered – Commercial kitchen equipment

| Equipment Description | Valuation Method | Depreciation Schedule? | Appraisal? | Net Book Value | Actual Current Value |
|---|---|---|---|---|---|
| Proofer Box x 2 | fair market | No | No | $1,600.00 | $1,600.00 |
| Kitchen NSF Tables | fair market | No | No | $500.00 | $500.00 |
| Freezer x 4 | fair market | No | No | $2,500.00 | $2,500.00 |
| Fridge x 2 | fair market | No | No | $1,000.00 | $1,000.00 |
| 3 Door Freezer | fair market | No | No | $3,500.00 | $3,500.00 |
| Small Mixer | fair market | No | No | $1,000.00 | $1,000.00 |
| Garage Storage Set | fair market | No | No | $2,000.00 | $2,000.00 |
| Toppings Machines x 4 | fair market | No | No | $1,000.00 | $1,000.00 |
| Glaze filling machine | fair market | No | No | $5,000.00 | $5,000.00 |
| Misc Kitchen Equipment/Supplies | fair market | No | No | $3,000.00 | $3,000.00 |
| | | | Totals | $18,100.00 | $18,100.00 |

**Fill in this information to identify the case:**

Debtor name ___The Dough Bar, LLC___

United States Bankruptcy Court for the: ___District of Colorado___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
Greeley Subaru

Describe debtor's property that is subject to a lien
2017 Dodge Grand Caravan SXT, 45,000 miles

$ 21,278.88          $ 13,975.00

Creditor's mailing address
4720 W. 24th St.
Greeley, CO 80634

Creditor's email address, if known
_____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   10/28/2019
Last 4 digits of account number   5225

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
Shopify

Describe debtor's property that is subject to a lien
Secured by sales through the Shopify platform

$29,091.63          $Undetermined

Creditor's mailing address
33 New Montgomery St.
Suite 750, San Francisco, CA 94105

Creditor's email address, if known
_____

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   03/2019
Last 4 digits of account number   _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 172,337.17

Debtor    The Dough Bar, LLC
_____
          Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
Shopify
_____

**Creditor's mailing address**

33 New Montgomery St.
Suite 750, San Francisco, CA 94105

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  [_____]
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Secured by sales through the Shopify platform

$22,600.00          $_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Thunderpup Construction
_____

**Creditor's mailing address**

1520 E Mulberry
Suite 200, Fort Collins, CO 80524

**Creditor's email address, if known**
_____

**Date debt was incurred** 4/2019
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  [_____]
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Tenant Improvements to 501 Riverside

$2,566.66          $_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  The Dough Bar, LLC
_____
Name

Case number *(if known)*_____

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5  Creditor's name**
US Bank Equipment Loan
_____

**Creditor's mailing address**

4801 Frederica St.
_____
Owensboro, KY 42301
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   08/2018

**Last 4 digits of account number**   4000

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Schedule A/B Part 8, Question 50 Attachment

$96,800.00   $87,600.00

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___  Creditor's name**
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____   $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   The Dough Bar, LLC
         _____            Case number (if known)_____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|--------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ally Bank<br>PO Box 8125<br>Cockeysville, MD, 21030 | Line 2. _1_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Fill in this information to identify the case:

Debtor _____ The Dough Bar, LLC _____

United States Bankruptcy Court for the: _____ District of Colorado _____

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
CDTFA- California tax
P.O. Box 942879
Sacramento, CA, 94257

As of the petition filing date, the claim is: $ 2,267.79  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 9592

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Colorado Department of Revenue
Payroll
Denver, CO, 80261

As of the petition filing date, the claim is: $ 11,526.02  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Colorado Department of Revenue
Sales Tax
Denver, CO, 80261

As of the petition filing date, the claim is: $ Unknown  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor    The Dough Bar, LLC
_____
Name

Case number (if known) _____

---

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |

---

2.⁴   **Priority creditor's name and mailing address**

IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA, 19101-7346

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   2216

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ Unknown      Priority amount: $ _____

---

2.___   **Priority creditor's name and mailing address**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $ _____      Priority amount: $ _____

---

2.___   **Priority creditor's name and mailing address**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $ _____      Priority amount: $ _____

---

2.___   **Priority creditor's name and mailing address**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $ _____      Priority amount: $ _____

---

Debtor _____The Dough Bar, LLC_____
     Name

Case number *(if known)* _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                            **Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Amtrust North America
Attention Bankruptcy Dept
800 Superior Avenue
Cleveland, OH, 44114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 4,791.52

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
BCH Holdings, LLC
1192 Park Ave.
Suite 1B
New York, NY, 10128

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** contingent consideration for buyback of 20% ownership stake

$ Undetermined

Date or dates debt was incurred ___10/9/2019___
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Bell
500 Academy Drive
Northbrook, IL, 60062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,388.43

Date or dates debt was incurred _____
Last 4 digits of account number ___0444___

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Betterbuds Inc.
2330 Chicory Road
Racine, WI, 53403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,133.03

Date or dates debt was incurred _____
Last 4 digits of account number ___2175___

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
CAN Capital
2015 Vaughn Rd
Suite 500
Kennesaw, GA, 30144

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 96,520.60

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Central Valley Community Bank
7100 N. Financial Drive
Suite 100
Fresno, CA, 93720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 94,605.66

Date or dates debt was incurred ___12/2017___
Last 4 digits of account number ___5738___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    The Bough Bar, LLC
          _____
          Name

          Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7  **Nonpriority creditor's name and mailing address**

CH Robinson
Attention Bill Glad
14701 Charleson Rd Suite 2400
Eden Prairie, MN, 55347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 825.08

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number         _____

---

**3.** 8  **Nonpriority creditor's name and mailing address**

Coyote Shipping
60 North Point Parkway
Suite 150
Alpharetta, GA, 30005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 500.87

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number         _____

---

**3.** 9  **Nonpriority creditor's name and mailing address**

Foresight Food Research
7644 Jenni St. NE
Olympia, WA, 98506

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,511.00

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number         _____

---

**3.** 10  **Nonpriority creditor's name and mailing address**

Gary Goranson
1970 B Street
Apt A
Lincoln, NE, 68502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 65,000.00

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number         _____

---

**3.** 11  **Nonpriority creditor's name and mailing address**

Glanbia Business Services
4255 Meridian Parkway
Suite 151
Aurora, IL, 60504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,563.28

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number         _____

---

Debtor  The Dough Bar, LLC
        _____  Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Gramercy Bakery, LLC.
20405 B Gramercy Place
Torrance, CA, 90501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  1285

$ 1,000.00

---

**3.13** Nonpriority creditor's name and mailing address

Hatch Food Consulting
P.O. Box 14551
Torrance, CA, 90503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  _____

$ 700.00

---

**3.14** Nonpriority creditor's name and mailing address

Honeyville Inc.
11600 Dayton Drive Rancho
Rancho Cucamonga, CA, 91730

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  _____

$ 11,352.00

---

**3.15** Nonpriority creditor's name and mailing address

K1 Packaging
17989 E. Arenth Ave
Rowland Heights, CA, 91748

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  _____

$ 4,259.93

---

**3.16** Nonpriority creditor's name and mailing address

Kabbage
925B Peachtree Street NE
Suite 1688
Atlanta, GA, 30309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  05/2019
Last 4 digits of account number  8779

$ 72,310.32

---

Debtor ___The Bough Bar, LLC_____
      Name

Case number _(if known)_____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Lawrence Foods, Inc.
2200 Lunt Avenue
Elk Grove Village, IL, 60007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,331.20

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  1291

---

**3.18** Nonpriority creditor's name and mailing address

Loanbuilder
Swift Financial, LLC
3505 Silverside Rd.
Wilmington, DE, 19810

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47,913.40

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  01/2019

Last 4 digits of account number  9911

---

**3.19** Nonpriority creditor's name and mailing address

Marquez and Ondrea Fernandez
3412 Lancaster Dr
Fort Collins, CO, 80525

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28,780.55

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20** Nonpriority creditor's name and mailing address

Marquez Fernandez
3412 Lancaster Dr
Fort Collins, CO, 80525

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,000.00

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.21** Nonpriority creditor's name and mailing address

Marquez Fernandez
3412 Lancaster Dr
Fort Collins, CO, 80525

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,474.13

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  3085

---

Debtor _____The Bough Bar, LLC_____
         Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22   **Nonpriority creditor's name and mailing address**

Ondrea Fernandez
3412 Lancaster Dr
Fort Collins, CO, 80525

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5800

$ 7,388.42

---

**3.** 23   **Nonpriority creditor's name and mailing address**

Ondrea Fernandez
3412 Lancaster Dr
Fort Collins, CO, 80525

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5443

$ 1,918.00

---

**3.** 24   **Nonpriority creditor's name and mailing address**

Posh Bakery
445 Nelo St
Santa Clara, CA, 95054

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    _____

$ 4,500.00

---

**3.** 25   **Nonpriority creditor's name and mailing address**

Renslow's of Colorado LLC
1715 Green Wing Drive
Johnstown, CO, 80534

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Home / Car Repairs

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    _____

$ 925.65

---

**3.** 26   **Nonpriority creditor's name and mailing address**

Swire Coca Cola USA
12634 South 265 West
Draper, UT, 84020

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    4989

$ 222.24

---

Debtor ___The Bough Bar, LLC_____  Case number *(if known)*_____
　　　　　Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 27　**Nonpriority creditor's name and mailing address**

US Bank
Attention Bankruptcy Dept
4801 Frederica St
Owensboro, KY, 42301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 18,607.00

Date or dates debt was incurred ___01/2019___
Last 4 digits of account number ___1079___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 28　**Nonpriority creditor's name and mailing address**

US Bank National Association
Bankruptcy Department
P.O. Box 108
Saint Louis, MO, 63166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 23,934.57

Date or dates debt was incurred ___01/2019___
Last 4 digits of account number ___7460___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 29　**Nonpriority creditor's name and mailing address**

Wells Fargo
P.O. Box 10438
Des Moines, IA, 50306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,759.92

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 30　**Nonpriority creditor's name and mailing address**

Wells Fargo LOC
P.O. Box 10438
Des Moines, IA, 50306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 52,876.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 31　**Nonpriority creditor's name and mailing address**

World Wide Express
1939 Harrison St
Suite 170
Oakland, CA, 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,891.70

Date or dates debt was incurred _____
Last 4 digits of account number ___8617___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____
The Dough Bar, LLC
Name

Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Altus Receivables Management<br>2400 Veterans Memorial Blvd<br>Suite 300<br>Kenner, LA, 70062 | Line 3.7<br>☐ Not listed. Explain: | _____ |
| 4.2. | Revenue Systems, Inc.<br>PO Box 15257<br>Clearwater, FL, 33766 | Line 3.1<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor  The Bogh-San, LLC
        Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 13,793.81 |
| 5b. **Total claims from Part 2** | 5b. + | $ 587,984.50 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 601,778.31 |

**Fill in this information to identify the case:**

Debtor name ___The Dough Bar, LLC___

United States Bankruptcy Court for the: ___District of Colorado___

Case number (If known): _____   Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Sublet use of commercial kitchen during non-production hours<br>Lessor | Mayan Empanadas<br>501 Riverside Ave<br><br>Fort Collins, CO, 80524 |
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Sublet use of commercial kitchen during non-production hours<br>Lessor | Cold Pizza<br>2515 Owen<br>Suite 103<br>Fort Collins, CO, 80528 |
| | State the term remaining | 3 mo | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Unit 1166, 800 sq. ft. at Flatirons Mall<br>Lessee | See Attached Schedule G |
| | State the term remaining | 2 mo. | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 501 Riverside Ave Fort Collins, Colorado 80524<br>Lessee | See Attached Schedule G |
| | State the term remaining | 48 mo | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Jeep through Chrysler Capital<br>Lessor | Lessor |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |

The Dough Bar, LLC

## Attachment to Schedule G

Property: 501 Riverside Ave.
Fort Collins, CO 80525

Lessor:   HJI, LLC
500 Riverside Ave.
Fort Collins, CO 80525

Lease Term: Jan. 1, 2019 – Dec. 31, 2023
Total Lease Payments:      $438,356.88
Arears:                    $21711.66 including late fees
Remaining Payments:        $397,890.60

Payment Schedule:
January 1, 2019 – December 31, 2019: $6,744.38/month
January 1, 2020 – December 31, 2020: $7,014.16/month
January 1, 2021 – December 31, 2021: $7,294.72/month
January 1, 2022 – December 31, 2022: $7,586.51/month
January 1, 2023 – December 31, 2023: $7,889.97/month

The Dough Bar, LLC

Property: Unit 1166 at One W. Flatiron Circle
          Broomfield, CO 80021

Lessor:   FlatIron Property Holding, LLC
          1 W. Flatiron Crossing Drive, Suite 1083
          Broomfield, CO 80021

Lease Term: Aug. 1, 2019 – Dec. 31, 2019
Total Lease Payments: $18,500
Arears: $11,500
Remaining Payments: $4,500

Lease Payment Schedule:
Aug. 15, 2019: $1,500 + $5,000 deposit
Sept. 1, 2019: $3,500
Oct. 1, 2019: $4,000
Nov. 1, 2019: $4,500
Dec. 1, 2019: $5,000 paid from deposit

**Fill in this information to identify the case:**

Debtor name ___The Dough Bar, LLC___

United States Bankruptcy Court for the: ___District of Colorado___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 Marquez Fernandez | Marquez Fernandez<br>3412 Lancaster Dr.<br>Fort Collins, CO 80525 | Greeley Subaru ___ | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br><br>See Attachment to S( | | See Attached Schedule G | ☐ D<br>☐ E/F<br>☑ G |
| 2.3<br><br>See Attached Schedu | | See Attached Schedule G | ☐ D<br>☐ E/F<br>☑ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

The Dough Bar, LLC

## Attachment to Schedule H

| Line No. | Obligation | Amount | Marquez Fernandez Co-Debtor | Ondrea Fernandez Co-Debtor |
|---|---|---|---|---|
| D 2.1 | Shopify | 29,091.63 | Y | |
| D 2.2 | Shopify | 22,600 | Y | |
| D 2.3 | US Bank Equipment Loan | 98,800.00 | Y | Y |
| E/F 2.1 | CDTFA- California payroll taxes | 2,267.79 | Y | Y |
| E/F 2.2 | Colorado Department of Revenue – payroll taxes | 11,526.02 | Y | Y |
| E/F 2.3 | Colorado Department of Revenue Sales Tax | Unknown | Y | Y |
| E/F 2.4 | Internal Revenue Service – payroll taxes | Unknown | Y | Y |
| E/F 3.4 | CAN Capital | 96,520.60 | Y | Y |
| E/F 3.5 | Capital One CC | 14787.00 | | Y |
| E/F 3.6 | Central Valley Community Bank | 94,605.66 | Y | Y |
| E/F 3.15 | Kabbage | 72,310.32 | Y | |
| E/F 3.17 | Loan Builder/Swift Financial, LLC | 47,913.40 | | Y |
| E/F 3.25 | Swire Coca Cola | 222.24 | Y | |
| E/F 3.27 | US Bank Line of Credit | 18,607.00 | Y | Y |
| E/F 3.28 | US Bank National Association | 23,934.57 | Y | Y |
| E/F 3.29 | Wells Fargo | 5,759.92 | Y | Y |
| E/F 3.30 | Wells Fargo LOC | 52,876.00 | Y | Y |

Ally Bank
PO Box 8125
Cockeysville, MD 21030

Altus Receivables Management
2400 Veterans Memorial Blvd
Suite 300
Kenner, LA 70062

Amtrust North America
Attention Bankruptcy Dept
800 Superior Avenue
Cleveland, OH 44114

Bell
500 Academy Drive
Northbrook, IL 60062

Betterbuds Inc.
2330 Chicory Road
Racine, WI 53403

CAN Capital
2015 Vaughn Rd
Suite 500
Kennesaw, GA 30144

CDTFA- California tax
P.O. Box 942879
Sacramento, CA 94279

CH Robinson
Attention Bill Glad
14701 Charleson Rd Suite 2400
Eden Prairie, MN 55347

Central Valley Community Bank
7100 N. Financial Drive
Suite 100
Fresno, CA 93720

Colorado Department of Revenue
Payroll
Denver, CO 80261

Colorado Department of Revenue
Sales Tax
Denver, CO 80261

Coyote Shipping
60 North Point Parkway
Suite 150
Alpharetta, GA 30005

Foresight Food Research
7644 Jenni St. NE
Olympia, WA 98506

Gary Goranson
1970 B Street
Apt A
Lincoln, NE 68502

Glanbia Business Services
4255 Meridian Parkway
Suite 151
Aurora, IL 60504

Gramercy Bakery, LLC.
20405 B Gramercy Place
Torrance, CA 90501

Greeley Subaru
4720 W. 24th St.
Greeley, CO 80634

Hatch Food Consulting
P.O. Box 14551
Torrance, CA 90503

Honeyville Inc.
11600 Dayton Drive Rancho
Rancho Cucamonga, CA 91730

IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

K1 Packaging
17989 E. Arenth Ave
Rowland Heights, CA 91748

Kabbage
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309

Lawrence Foods, Inc.
2200 Lunt Avenue
Elk Grove Village, IL 60007


Lessor


Loanbuilder
Swift Financial, LLC
3505 Silverside Rd.
Wilmington, DE 19810


Mayan Empanadas
501 Riverside Ave
Fort Collins, CO 80524


Posh Bakery
445 Nelo St
Santa Clara, CA 95054


Renslow's of Colorado LLC
1715 Green Wing Drive
Johnstown, CO 80534


Revenue Systems, Inc.
PO Box 15257
Clearwater, FL 33766


See Attached Schedule G


See Attached Schedule H


Shopify
33 New Montgomery St.
Suite 750
San Francisco, CA 94105


Swire Coca Cola USA
12634 South 265 West
Draper, UT 84020


Thunderpup Construction
1520 E Mulberry
Suite 200
Fort Collins, CO 80524


US Bank
Attention Bankruptcy Dept
4801 Frederica St
Owensboro, KY 42301

US Bank Equipment Loan
4801 Frederica St.
Owensboro, KY 42301


US Bank National Association
Bankruptcy Department
P.O. Box 108
Saint Louis, MO 63166


Wells Fargo
P.O. Box 10438
Des Moines, IA 50306


Wells Fargo LOC
P.O. Box 10438
Des Moines, IA 50306


World Wide Express
1939 Harrison St
Suite 170
Oakland, CA 94612

United States Bankruptcy Court

District of Colorado

In re:  The Dough Bar, LLC

                    Case No.

                    Chapter    11

              Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    _____10/29/2019_____

/s/ Marquez Fernandez
_____
Signature of Individual signing on behalf of debtor

CEO & Co-founder
_____
Position or relationship to debtor

**Fill in this information to identify the case and this filing:**

Debtor Name _____ The Dough Bar, LLC _____

United States Bankruptcy Court for the: __ District of Colorado ____

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __ 10/29/2019 __          ✖ /s/ Marquez Fernandez _____
   MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                  Marquez Fernandez _____
                                  Printed name

                                  CEO & Co-founder _____
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _The Dough Bar, LLC_

United States Bankruptcy Court for the: District of Colorado

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 06/20/2019<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 830,712.00 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,112,509.00 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 794,608.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 06/20/2019<br>MM / DD / YYYY | to | Filing date | ____ | $ 0.00 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | ____ | $ 0.00 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ____ | $ 0.00 |

Debtor    The Dough Bar, LLC
_____
Name

Case number *(if known)*_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Kabbage<br>Creditor's name<br>925B Peachtree Street NE<br>Suite 1688<br>Atlanta, GA 30309 | _____<br>_____<br>_____ | $ 7,495.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Monies Loaned / Advanced |
| 3.2. | _____<br>Creditor's name | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | Relationship to debtor<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | Relationship to debtor<br>_____ | | | |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 2

Debtor   The Dough Bar, LLC
_____   Case number *(if known)*_____
Name

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| _____ Creditor's name | | _____ | $_____ |
| 5.2. | | | |
| _____ Creditor's name | | _____ | $_____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending ☐ On appeal ☐ Concluded |
| Case number | | | |
| _____ | | | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending ☐ On appeal ☐ Concluded |
| Case number | | | |
| _____ | | | |

---

Debtor   The Dough Bar, LLC
_____   Case number (if known)_____
         Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | _____ | _____ | $_____ |

---

Debtor   The Dough Bar, LLC
_____
Name

Case number (*if known*)_____

---

| **Part 6:** | **Certain Payments or Transfers** |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Owen Hathaway | | 10/25/2019 | $ 2,000.00 |
| | **Address** | | | |
| | 2601 S Lemay Ave Suite 7-232 Fort Collins, CO 80525 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

---

Debtor      The Dough Bar, LLC_____    Case number (if known)_____
            Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 3402 Mars Court Suite 108 Tracy, CA 95377 | From | 05/2017 | To  01/2019 |
| 14.2. | | From | _____ | To  _____ |

Debtor    The Dough Bar, LLC
             Name

Case number (*if known*)_____

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.   shipping and contact information for online sales

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    The Dough Bar, LLC
          _____        Case number (if known)_____
          Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo <br> Name | XXXX– 5891 | ☐ Checking <br> ☑ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 10/25/2019 | $ 0.00 |
| 18.2. | Wells Fargo <br> Name | XXXX– 9003 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 10/25/2019 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

Debtor    The Dough Bar, LLC
_____          Case number *(if known)*_____
          Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    The Dough Bar, LLC
_____          Case number *(if known)*_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor    The Dough Bar, LLC
_____    Case number (if known)_____
          Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Kimberly A. Lee-Wright, CPA <br> _____ <br> Name <br> 3340 Walnut Ave, Ste. 115, Fremont, CA 94538-2215 | From 02/01/2017 <br><br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ <br> Name | From _____ <br><br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name | From _____ <br><br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ <br> Name | From _____ <br><br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ <br> Name | |

---

Debtor    The Dough Bar, LLC
_____          Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  BCH Holdings, LLC<br>_____<br>Name<br>1192 Park Ave. Suite 1B, New York, NY 10128 |

| Name and address |
|---|
| 26d.2.  HJI, LLC<br>_____<br>Name<br>500 Riverside, Fort Collins, CO |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | The Dough Bar, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ondrea Fernandez | , | Co-founder | 50 |
| Marquez Fernandez | , | CEO and Co-founding member of LLC | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Ondrea Marquez | 30,818.36 | _____ | regular salary, paid weekly |
| Name 3412 Lancaster Dr. Fort Collins, CO 80525 | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| Co-owner, employee | | | |

Debtor    The Dough Bar, LLC
_____    Case number (if known)_____
Name

| | | |
|---|---|---|
| **Name and address of recipient** | 34,134.57 | regular salary paid weekly |
| 30.2 | | |
| Marquez Marquez | | _____ |
| Name | | |
| 3412 Lancaster Dr. | | _____ |
| Fort Collins, CO 80525 | | |
| | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| Owner/employee | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/29/2019
_____
MM  / DD  / YYYY

✖ /s/ Marquez Fernandez
_____    Printed name  Marquez Fernandez
Signature of individual signing on behalf of the debtor                                    _____

Position or relationship to debtor   CEO & Co-founder
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name   The Dough Bar, LLC

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**18) Closed financial accounts**

**Wells Fargo**                    ,                              **$0.00**

**26d) Creditors**

**Central Valley Community Bank**         **7100 N. Financial Drive Suite 100,**
**Fresno, CA 93720**

The Dough Bar, LLC

## Attachment to Form 107 – Statement of Financial Affairs

Part 2 Question 3
Payments above the statutory amount were made to three (3) creditors within 90 days prior to the filing date. Total amounts of payments and details of payment dates are found below:

Total payments to Loanbuilder/PayPal:   13,061.88
Total payments to Shopify:              22,847.68
Total payments to CAN Capital:          17,915.34

| Payment Date | Creditor | Amount | Total |
|---|---|---|---|
| 8/6/2019 | Loanbuilder | 2,176.98 | |
| 8/13/2019 | Loanbuilder | 2,178.98 | |
| 8/20/2019 | Loanbuilder | 2,176.98 | |
| 8/27/2019 | Loanbuilder | 2,176.98 | |
| 9/3/2019 | Loanbuilder | 2,176.98 | |
| 9/10/2019 | Loanbuilder | 2,176.98 | 13,061.88 |
| 7/27/19 | Shopify | 158.05 | |
| 7/28/19 | Shopify | 52.52 | |
| 7/29/19 | Shopify | 136.45 | |
| 7/30/19 | Shopify | 62.25 | |
| 7/31/19 | Shopify | 70.3 | |
| 8/1/19 | Shopify | 105.72 | |
| 8/2/19 | Shopify | 1835.09 | |
| 8/3/19 | Shopify | 758.79 | |
| 8/4/19 | Shopify | 218.53 | |
| 8/5/19 | Shopify | 203.16 | |
| 8/6/19 | Shopify | 254.87 | |
| 8/7/19 | Shopify | 390.2 | |
| 8/8/19 | Shopify | 223.54 | |
| 8/9/19 | Shopify | 212.25 | |
| 8/10/19 | Shopify | 163 | |
| 8/11/19 | Shopify | 76.95 | |
| 8/12/19 | Shopify | 46.57 | |
| 8/13/19 | Shopify | 147.5 | |
| 8/14/19 | Shopify | 125.76 | |
| 8/15/19 | Shopify | 114.55 | |
| 8/16/19 | Shopify | 151.72 | |
| 8/17/19 | Shopify | 41.15 | |
| 8/18/19 | Shopify | 80.38 | |
| 8/19/19 | Shopify | 45.13 | |
| 8/20/19 | Shopify | 95.1 | |
| 8/21/19 | Shopify | 1481.53 | |
| 8/22/19 | Shopify | 91.54 | |
| 8/23/19 | Shopify | 51.08 | |
| 8/24/19 | Shopify | 87.47 | |
| 8/25/19 | Shopify | 48.67 | |

The Dough Bar, LLC

| | | | |
|---|---|---|---|
| 8/26/19 | Shopify | 94.45 | |
| 8/27/19 | Shopify | 63.95 | |
| 8/28/19 | Shopify | 70.99 | |
| 8/29/19 | Shopify | 85.9 | |
| 8/30/19 | Shopify | 103.48 | |
| 8/31/19 | Shopify | 36.66 | |
| 9/1/19 | Shopify | 47.79 | |
| 9/2/19 | Shopify | 53.79 | |
| 9/3/19 | Shopify | 134.79 | |
| 9/4/19 | Shopify | 45.01 | |
| 9/5/19 | Shopify | 99.27 | |
| 9/6/19 | Shopify | 87.03 | |
| 9/7/19 | Shopify | 87.47 | |
| 9/8/19 | Shopify | 219.69 | |
| 9/9/19 | Shopify | 40.57 | |
| 9/10/19 | Shopify | 155.46 | |
| 9/11/19 | Shopify | 981.07 | |
| 9/12/19 | Shopify | 349.67 | |
| 9/13/19 | Shopify | 2244.54 | |
| 9/14/19 | Shopify | 312.51 | |
| 9/15/19 | Shopify | 184.23 | |
| 9/16/19 | Shopify | 169.63 | |
| 9/17/19 | Shopify | 151.54 | |
| 9/18/19 | Shopify | 124.4 | |
| 9/19/19 | Shopify | 151.47 | |
| 9/20/19 | Shopify | 145.13 | |
| 9/21/19 | Shopify | 157.84 | |
| 9/22/19 | Shopify | 76.68 | |
| 9/23/19 | Shopify | 112.04 | |
| 9/24/19 | Shopify | 123.5 | |
| 9/25/19 | Shopify | 103.59 | |
| 9/26/19 | Shopify | 183.19 | |
| 9/27/19 | Shopify | 107.73 | |
| 9/28/19 | Shopify | 117.06 | |
| 9/29/19 | Shopify | 32.59 | |
| 9/30/19 | Shopify | 99.65 | |
| 10/1/19 | Shopify | 150.84 | |
| 10/2/19 | Shopify | 150.15 | |
| 10/3/19 | Shopify | 129.95 | |
| 10/4/19 | Shopify | 215.92 | |
| 10/5/19 | Shopify | 1193.93 | |
| 10/6/19 | Shopify | 1507.9 | |
| 10/7/19 | Shopify | 265.04 | |
| 10/8/19 | Shopify | 218.62 | |
| 10/9/19 | Shopify | 265.63 | |
| 10/10/19 | Shopify | 182.12 | |
| 10/11/19 | Shopify | 179.91 | |
| 10/12/19 | Shopify | 421.56 | |
| 10/13/19 | Shopify | 125.28 | |
| 10/14/19 | Shopify | 104.67 | |
| 10/15/19 | Shopify | 370.18 | |

The Dough Bar, LLC

| 10/16/19 | Shopify | 159.57 | |
| 10/17/19 | Shopify | 291.18 | |
| 10/18/19 | Shopify | 152.53 | |
| 10/19/19 | Shopify | 583.56 | |
| 10/20/19 | Shopify | 191.25 | |
| 10/21/19 | Shopify | 130.03 | |
| 10/22/19 | Shopify | 133.62 | |
| 10/23/19 | Shopify | 81.84 | |
| 10/24/19 | Shopify | 349.97 | |
| 10/25/19 | Shopify | 408.25 | 22,847.68 |
| 8/1/2019 | CAN Capital | 430.89 | |
| 8/1/2019 | CAN Capital | 2,403.30 | |
| 8/2/2019 | CAN Capital | 430.89 | |
| 8/5/2019 | CAN Capital | 430.89 | |
| 8/6/2019 | CAN Capital | 430.89 | |
| 8/7/2019 | CAN Capital | 430.89 | |
| 8/8/2019 | CAN Capital | 430.89 | |
| 8/9/2019 | CAN Capital | 430.89 | |
| 8/12/2019 | CAN Capital | 430.89 | |
| 8/13/2019 | CAN Capital | 430.89 | |
| 8/14/2019 | CAN Capital | 430.89 | |
| 8/15/2019 | CAN Capital | 430.89 | |
| 8/16/2019 | CAN Capital | 430.89 | |
| 8/19/2019 | CAN Capital | 430.89 | |
| 8/20/2019 | CAN Capital | 430.89 | |
| 8/21/2019 | CAN Capital | 430.89 | |
| 8/22/2019 | CAN Capital | 430.89 | |
| 8/23/2019 | CAN Capital | 430.89 | |
| 8/26/2019 | CAN Capital | 430.89 | |
| 8/27/2019 | CAN Capital | 430.89 | |
| 8/28/2019 | CAN Capital | 430.89 | |
| 8/29/2019 | CAN Capital | 430.89 | |
| 8/30/2019 | CAN Capital | 430.89 | |
| 9/3/2019 | CAN Capital | 430.89 | |
| 9/4/2019 | CAN Capital | 430.89 | |
| 9/4/2019 | CAN Capital | 430.89 | |
| 9/5/2019 | CAN Capital | 430.89 | |
| 9/6/2019 | CAN Capital | 430.89 | |
| 9/9/2019 | CAN Capital | 430.89 | |
| 9/10/2019 | CAN Capital | 430.89 | |
| 9/11/2019 | CAN Capital | 430.89 | |
| 9/12/2019 | CAN Capital | 430.89 | |
| 9/13/2019 | CAN Capital | 430.89 | |
| 9/16/2019 | CAN Capital | 430.89 | |
| 9/17/2019 | CAN Capital | 430.89 | |
| 9/18/2019 | CAN Capital | 430.89 | |
| 9/19/2019 | CAN Capital | 430.89 | |
| 9/20/2019 | CAN Capital | 430.89 | 17,915.34 |

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

The Dough Bar, LLC
_____   Chapter _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Ondrea Fernandez , | 50 | Managing member |
| Marquez Fernandez , | 50 | Managing member |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of Colorado

**In re**  The Dough Bar, LLC

Case No. _____

**Debtor**

Chapter ____<sup>11</sup>____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 6,100.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 2,000.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,100.00

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

[✔] Debtor            [ ] Other (specify)

3.  The source of compensation to be paid to me is:

[✔] Debtor            [ ] Other (specify)

4.  [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ]  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

counseling and advice on bankruptcy, preparation of the petition, filing the petition, counseling and advice on post-petition matters including affirmation agreements, representation at the §341 meeting of the creditors, closing of the case upon discharge

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

adversarial proceedings, representation with the IRS or other taxing authorities, other than to obtain tax records, negotiating affirmation agreements, matters related to non-dischargeable student loans

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/29/2019

*Date*

/s/ Owen Hathaway, 44068

*Signature of Attorney*

The Law Offices of Owen Hathaway, LLC

*Name of law firm*

2601 S. Lemay Ave
7-232
Fort Collins, CO 80525
970-818-3052
owen@ohlawcolorado.com