## The Dough Bar, LLC - Balance Sheet on June 30, 2019

**ASSETS**

  **Current Assets**

    **Checking/Savings**

| | |
|---|---:|
| CVC Bank Checking #7959 | 89.81 |
| Petty Cash | 10.00 |
| US Bank Checking #4799 | 34.79 |
| WF Checking #8997 | 1,091.67 |
| WF Checking #9003 | 10,080.66 |
| WF Savings #5891 | 1,621.64 |
| **Total Checking/Savings** | 12,928.57 |

    **Other Current Assets**

      **Inventory**

| | |
|---|---:|
| Food | 2,000.00 |
| Merchandise | 2,000.00 |
| **Total Inventory** | 4,000.00 |
| Member Loans | 0.00 |
| **Total Other Current Assets** | 4,000.00 |
| **Total Current Assets** | 16,928.57 |

  **Fixed Assets**

| | |
|---|---:|
| Accumulated Depreciation | -181,279.88 |
| Furniture and Equipment | 190,385.00 |
| Leasehold Improvements | 260,420.97 |
| **Total Fixed Assets** | 269,526.09 |

  **Other Assets**

| | |
|---|---:|
| Deposits | 27,390.40 |
| **Total Other Assets** | 27,390.40 |
| **TOTAL ASSETS** | **313,845.06** |

**LIABILITIES & EQUITY**

  **Liabilities**

    **Current Liabilities**

      **Credit Cards**

| | |
|---|---:|
| Capital One #5443 | 14,286.34 |
| US Bank #7460 | 23,630.38 |
| WF CC #0969/#3996 | 5,814.45 |
| WF CC #8661 | -261.00 |
| **Total Credit Cards** | 43,470.17 |

      **Other Current Liabilities**

| | |
|---|---:|
| CVC Credit Line #2620/#15738 | 95,857.28 |
| Paypal Credit Line/LoanBuilder | 81,397.54 |
| Payroll Clearing | -5,564.34 |
| US Bank Credit Line | 18,774.80 |
| WFB Businessline #2995 | 54,628.25 |
| **Total Other Current Liabilities** | 245,093.53 |

|  |  |
|---|---:|
| **Total Current Liabilities** | 288,563.70 |
| **Long Term Liabilities** |  |
|     Note Payable - Goranson | 65,000.00 |
|     Shopify Loan | 78,000.00 |
|     US Bank Equipment Loan | 133,340.23 |
| **Total Long Term Liabilities** | 276,340.23 |
| **Total Liabilities** | 564,903.93 |
| **Equity** |  |
|     Member's Equity - Corcoran | 268,384.62 |
|     Member Contributions | 27,089.60 |
|     Member Draws | -159,018.73 |
|     Retained Earnings | -245,039.44 |
|     Net Income | -142,474.92 |
| **Total Equity** | -251,058.87 |
| **TOTAL LIABILITIES & EQUITY** | 313,845.06 |

**The Dough Bar, LLC - Balance Sheet Year End 2017 and 2018**

|  | 2017 | 2018 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| CVC Bank Checking #7959 | 5,305.97 | 8,522.59 |
| Petty Cash | 0.00 | 0.00 |
| US Bank Checking #4799 | 0.00 | 0.00 |
| WF Checking #8997 | 1,666.95 | 3,837.77 |
| WF Checking #9003 | 3,480.79 | 6,057.25 |
| WF Savings #5891 | 30.40 | 0.08 |
| **Total Checking/Savings** | 10,484.11 | 18,417.69 |
| **Other Current Assets** | | |
| **Inventory** | | |
| Food | 2,000.00 | 2,000.00 |
| Merchandise | 2,000.00 | 2,000.00 |
| **Total Inventory** | 4,000.00 | 4,000.00 |
| Member Loans | 0.00 | 4,226.11 |
| **Total Other Current Assets** | 4,000.00 | 8,226.11 |
| **Total Current Assets** | 14,484.11 | 26,643.80 |
| **Fixed Assets** | | |
| Accumulated Depreciation | -17,636.88 | -181,279.88 |
| Furniture and Equipment | 17,636.88 | 181,280.38 |
| Leasehold Improvements | 0.00 | 102,939.54 |
| **Total Fixed Assets** | 0.00 | 102,940.04 |
| **Other Assets** | | |
| Deposits | 2,390.40 | 27,390.40 |
| **Total Other Assets** | 2,390.40 | 27,390.40 |
| **TOTAL ASSETS** | 16,874.51 | 156,974.24 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Credit Cards** | | |
| Capital One #5443 | 5,933.52 | 839.19 |
| US Bank #7460 | 0.00 | 0.00 |
| WF CC #0969/#3996 | 4,328.03 | 3,110.44 |
| WF CC #8661 | 0.00 | 0.00 |
| **Total Credit Cards** | 10,261.55 | 3,949.63 |
| **Other Current Liabilities** | | |
| CVC Credit Line #2620/#15738 | 82,802.41 | 64,311.67 |
| Paypal Credit Line/LoanBuilder | 0.00 | 0.00 |
| Payroll Clearing | 0.00 | -2,648.76 |
| US Bank Credit Line | 0.00 | 0.00 |
| WFB Businessline #2995 | 2,816.65 | 54,539.82 |

|  |  |  |
|---|---:|---:|
| **Total Other Current Liabilities** | 85,619.06 | 116,202.73 |
| **Total Current Liabilities** | 95,880.61 | 120,152.36 |
| **Long Term Liabilities** | | |
| Note Payable - Goranson | 30,000.00 | 0.00 |
| Shopify Loan | 0.00 | 0.00 |
| US Bank Equipment Loan | 0.00 | 145,476.94 |
| **Total Long Term Liabilities** | 30,000.00 | 145,476.94 |
| **Total Liabilities** | 125,880.61 | 265,629.30 |
| **Equity** | | |
| Member's Equity - Corcoran | 0.00 | 268,384.62 |
| Member Contributions | 27,089.60 | 27,089.60 |
| Member Draws | -153,421.89 | -159,089.84 |
| Retained Earnings | 49,401.11 | 17,326.19 |
| Net Income | -32,074.92 | -262,365.63 |
| **Total Equity** | -109,006.10 | -108,655.06 |
| **TOTAL LIABILITIES & EQUITY** | **16,874.51** | **156,974.24** |