Case No. 19-19325

**The Dough Bar, LLC Income Statements for the calendar years 2017, 2018 and YTD through June 30, 2019**

|  | 2017 | 2018 | 2019 YTD |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Food Sales | 0.00 | 6,030.00 | 20.00 |
| Returns and Allowances | -5,607.18 | -2,009.40 | 0.00 |
| Sales | 800,215.36 | 2,173,376.56 | 690,275.68 |
| **Total Income** | 794,608.18 | 2,177,397.16 | 690,295.68 |
| **Cost of Goods Sold** | | | |
| Boxes | 28,059.79 | 81,881.30 | 20,942.47 |
| Food Purchases | 160,254.48 | 427,022.25 | 83,341.03 |
| Merchandise Expenses | 9,878.40 | 24,023.32 | 2,512.21 |
| Merchant Account Fees | 640.94 | 72,008.01 | 6,927.60 |
| Packaging Materials | 9,509.99 | 48,930.13 | 14,554.10 |
| Production Costs | 0.00 | 109,542.05 | -1,780.24 |
| Restaurant Supplies | 0.00 | 9,106.53 | 947.78 |
| Shipping and Delivery Charges | 210,483.89 | 488,084.68 | 127,692.46 |
| Shopify Fees | 8,923.44 | 24,887.88 | 32,291.24 |
| **Total COGS** | 427,750.93 | 1,285,486.15 | 287,428.65 |
| **Gross Profit** | 366,857.25 | 891,911.01 | 402,867.03 |
| **Expense** | | | |
| **Automobile** | | | |
| Fuel and Gas | 3,659.81 | 4,373.56 | 836.55 |
| Parking and Toll Expenses | 1,261.50 | 2,121.70 | 1,528.19 |
| Automobile - Other | 5,452.75 | 6,798.12 | 4,233.25 |
| **Total Automobile** | 10,374.06 | 13,293.38 | 6,597.99 |
| Bank Service Charges | 456.53 | 1,712.34 | 1,169.40 |
| Computer and Internet Expenses | 1,625.33 | 2,056.25 | 1,813.25 |
| Contract Labor | 15,700.00 | 19,242.44 | 5,619.54 |
| Depreciation Expense | 15,288.17 | 163,643.00 | 0.00 |
| Donations | 300.00 | 500.00 | 863.83 |
| Dues & Subscriptions | 69.95 | 99.90 | 199.70 |
| Employee Meals | 456.97 | 2,329.74 | 121.36 |
| Equipment Rentals | 1,056.09 | 2,862.57 | 3,277.27 |
| Expos and Trade Shows | 9,049.81 | 34,128.44 | 30,705.88 |
| **Insurance Expense** | | | |
| Commercial | 0.00 | 876.33 | 1,541.42 |
| Health | 8,216.28 | 12,016.38 | 5,100.89 |
| Insurance Expense - Other | 10,467.13 | 31,949.55 | 11,526.11 |
| **Total Insurance Expense** | 18,683.41 | 44,842.26 | 18,168.42 |
| **Legal and Professional** | | | |
| Accounting | 7,510.96 | 6,450.00 | 1,325.00 |
| Payroll Processing Fees | 1,420.66 | 2,712.68 | 1,233.51 |
| Legal and Professional - Other | 5,905.19 | 9,349.40 | 0.00 |
| **Total Legal and Professional** | 14,836.81 | 18,512.08 | 2,558.51 |
| Licenses and Permits | 842.00 | 1,591.71 | 1,095.69 |

| | | | |
|---|---:|---:|---:|
| Marketing, Advertising & Promo | 31,049.69 | 132,883.37 | 53,485.19 |
| **Meals and Entertainment** | | | |
|    Meals | 0.00 | 0.00 | 1,998.98 |
|    Meals and Entertainment - Other | 3,714.01 | 6,498.27 | 1,320.94 |
| **Total Meals and Entertainment** | 3,714.01 | 6,498.27 | 3,319.92 |
| Office Supplies | 6,693.67 | 20,664.87 | 8,651.48 |
| **Payroll Expenses** | | | |
|    Payroll Taxes | 16,742.57 | 45,700.23 | 27,405.89 |
|    Payroll Expenses - Other | 0.00 | 0.00 | 396.00 |
| **Total Payroll Expenses** | 16,742.57 | 45,700.23 | 27,801.89 |
| Postage | 323.37 | 95.00 | 27.60 |
| Relocation Expenses | 0.00 | 0.00 | 650.00 |
| Rent Expense | 35,902.20 | 37,466.01 | 46,935.59 |
| Repairs and Maintenance | 7,888.48 | 616.27 | 6,597.69 |
| Research and Development Expens | 23,022.65 | 29,854.81 | 1,927.35 |
| Salaries and Wages | 157,987.90 | 520,208.46 | 237,651.42 |
| Supplies | 15,416.89 | 11,157.81 | 11,495.35 |
| **Taxes** | | | |
|    State | 1,607.00 | 500.00 | 412.26 |
|    Taxes - Other | 411.20 | 1,031.16 | 180.61 |
| **Total Taxes** | 2,018.20 | 1,531.16 | 592.87 |
| Telephone Expense | 770.70 | 1,042.27 | 426.11 |
| Training & Education | 175.00 | 620.86 | 0.00 |
| Travel | 3,285.26 | 21,404.00 | 13,430.48 |
| Uncategorized | -0.34 | 0.00 | 0.00 |
| Utilities | 2,245.65 | 6,640.13 | 6,549.02 |
| Website Hosting | 47.88 | 3.99 | 0.00 |
| **Total Expense** | 396,022.91 | 1,141,201.62 | 491,732.80 |
| **Net Ordinary Income** | -29,165.66 | -249,290.61 | -88,865.77 |
| **Other Income/Expense** | | | |
|   **Other Income** | | | |
|     Interest Income | 0.27 | 0.02 | 0.26 |
|   **Total Other Income** | 0.27 | 0.02 | 0.26 |
|   **Other Expense** | | | |
|     Ask My Accountant | -139.51 | 6,767.29 | 17,407.28 |
|     Interest Expense | 2,896.04 | 186.56 | 35,906.13 |
|     Loss on Fixed Asset Disposition | 0.00 | 0.00 | 0.00 |
|     Penalties and Fines | 153.00 | 0.00 | 296.00 |
|   **Total Other Expense** | 2,909.53 | 6,953.85 | 53,609.41 |
| **Net Other Income** | -2,909.26 | -6,953.83 | -53,609.15 |
| **Net Income** | **-32,074.92** | **-256,244.44** | **-142,474.92** |