**Fill in this information to identify the case:**

Debtor name: The Dough Bar, LLC

United States Bankruptcy Court for the: District of Colorado

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CAN Capital<br>2015 Vaughn Rd<br>Suite 500<br>Kennesaw, GA, 30144 | Nena Archibong<br>1-888-358-9712 Ext 3534 | Monies Loaned / Advanced | | | | 96,520.60 |
| 2 | Central Valley Community Bank<br>7100 N. Financial Drive<br>Suite 100<br>Fresno, CA, 93720 | Vicki Cass | Monies Loaned / Advanced | | | | 94,605.66 |
| 3 | Kabbage<br>925B Peachtree Street NE<br>Suite 1688<br>Atlanta, GA, 30309 | 888-986-8263 | Monies Loaned / Advanced | | | | 72,310.32 |
| 4 | Gary Goranson<br>1970 B Street<br>Apt A<br>Lincoln, NE, 68502 | | Monies Loaned / Advanced | | | | 65,000.00 |
| 5 | Wells Fargo LOC<br>P.O. Box 10438<br>Des Moines, IA, 50306 | | Monies Loaned / Advanced | | | | 52,876.00 |
| 6 | Loanbuilder<br>Swift Financial, LLC<br>3505 Silverside Rd.<br>Wilmington, DE, 19810 | | Monies Loaned / Advanced | | | | 47,913.40 |
| 7 | US Bank National Association<br>Bankruptcy Department<br>P.O. Box 108<br>Saint Louis, MO, 63166 | | Credit Card Debt | | | | 23,934.57 |
| 8 | US Bank<br>Attention Bankruptcy Dept<br>4801 Frederica St<br>Owensboro, KY, 42301 | 844-223-5843 | Monies Loaned / Advanced | | | | 18,607.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor: __The Dough Bar, LLC_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Honeyville Inc. 11600 Dayton Drive Rancho Rancho Cucamonga, CA, 91730 | 888-810-3212 | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 11,352.00 |
| 10 | Wells Fargo P.O. Box 10438 Des Moines, IA, 50306 | 800-847-8899 | Credit Card Debt | | | | 5,759.92 |
| 11 | Amtrust North America Attention Bankruptcy Dept 800 Superior Avenue Cleveland, OH, 44114 | 877-528-7878 bankruptcy@amtrustgroup.com | Monies Loaned / Advanced | | | | 4,791.52 |
| 12 | Posh Bakery 445 Nelo St Santa Clara, CA, 95054 | | Suppliers or Vendors | | | | 4,500.00 |
| 13 | K1 Packaging 17989 E. Arenth Ave Rowland Heights, CA, 91748 | | Suppliers or Vendors | | | | 4,259.93 |
| 14 | Foresight Food Research 7644 Jenni St. NE Olympia, WA, 98506 | | Services | Contingent | | | 3,511.00 |
| 15 | Lawrence Foods, Inc. 2200 Lunt Avenue Elk Grove Village, IL, 60007 | | Suppliers or Vendors | | | | 3,331.20 |
| 16 | World Wide Express 1939 Harrison St Suite 170 Oakland, CA, 94612 | | Suppliers or Vendors | | | | 2,891.70 |
| 17 | Betterbuds Inc. 2330 Chicory Road Racine, WI, 53403 | Nancy Robash 800-350-9288 | Suppliers or Vendors | | | | 2,133.03 |
| 18 | Glanbia Business Services 4255 Meridian Parkway Suite 151 Aurora, IL, 60504 | Ann Dujua 2 331-642-6066 adujua@glanbia.com | Suppliers or Vendors | | | | 1,563.28 |
| 19 | Bell 500 Academy Drive Northbrook, IL, 60062 | Janice Korman 847-412-4696 accountsreceivable@bellff.com | Suppliers or Vendors | | | | 1,388.43 |
| 20 | Gramercy Bakery, LLC. 20405 B Gramercy Place Torrance, CA, 90501 | | Suppliers or Vendors | | | | 1,000.00 |